No. 566. Rogers, Attorney General, v. Mendoza-Martinez. Appeal from the United States District Court for the Southern District of California. (Probable jurisdiction noted, *ante*, p. 809.) The motion to substitute Robert F. Kennedy in place of William P. Rogers as the party appellant is granted. *Solicitor General Cox* on the motion.

No. 567. Herter, Secretary of State, v. Cort. Appeal from the United States District Court for the District of Columbia. (Question of jurisdiction postponed to hearing on the merits, *ante*, p. 808.) The motion to substitute Dean Rusk in place of Christian A. Herter as the party appellant is granted. *Solicitor General Cox* on the motion.

No. 901, Misc. Buckhanan v. Ohio et al. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 667. A. L. Mechling Barge Lines, Inc., et al. v. United States et al. Appeal from the United States District Court for the Eastern District of Missouri. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. *Edward B. Hayes* for appellants. *Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick, Richard A. Solomon, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, appellees. *Robert H. Bierma, James M. Souby, Jr.* and *James E. Steffarud* for the Pennsylvania Railroad Co. et al., intervening appellees.